In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00347-CV
_____

JEFFERSON COUNTY, TEXAS, Appellant

VS.

APRIL SWAIN, Appellee

On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-195,767

MEMORANDUM OPINION

On August 21, 2014, appellant Jefferson County, Texas filed a petition for permissive appeal in this Court. *See* Tex. R. App. P. 28.3; Tex. R. Civ. P. 168; Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2014). To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must demonstrate that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." Tex. R. App. P. 28.3(e)(4); Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d).

Appellant has not established that it is entitled to a permissive appeal. Accordingly, we deny appellant's petition for permissive appeal.

PETITION FOR PERMISSIVE APPEAL DENIED.

_____
CHARLES KREGER
Justice

Submitted on October 1, 2014
Opinion Delivered October 2, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ